# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**TIMOTHY RONK**                                               **PETITIONER**

**VS.**                                                   **CIVIL ACTION NO. 1:19cv346HSO**

**COMMISSIONER PELICIA HALL, Commissioner,**
Mississippi Department of Corrections and JIM
HOOD, Attorney General of the State of Mississippi

## ORDER ALLOWING BUDGET MOTION TO BE FILED UNDER SEAL

This matter came before the Court on the *ex parte* submission of a proposed budget for the fees and expenses associated with this case, as was ordered by this Court on July 2, 2019 [Doc. #3]. The budget was timely submitted; however, it was not accompanied by a Motion to adopt that budget, because counsel did not believe that they had the Court's permission to file it under seal. While the earlier Order provided that the budget be submitted *ex parte*, it did not specifically allow filing the Motion under seal. To eliminate any confusion, this Order serves as permission to file a Motion to approve the budget under seal.

In their haste to comply with the Court's deadline, it appears that counsel were unable to review the final numbers with Margaret Alverson, the Fifth Circuit CJA Case Budgeting Attorney. The Court, by a copy of this Order and with the permission of Ronk's attorneys, is transmitting the proposed budget to Ms. Alverson. Counsel are directed to contact her and, if necessary, to resubmit a proposed budget within twenty days after the entry of this Order.

**IT IS HEREBY ORDERED** that Timothy Ronk has permission to file a Motion to approve the budget under seal. That motion, accompanied by his proposed budget, shall be filed within twenty days after the entry of this Order.

It is so ordered, this the 29th day of August, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE