# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**TIMOTHY RONK**                                                                               **PETITIONER**

v.                                             **CIVIL ACTION NO. 1:19-CV-346-HSO**

**BURL CAIN, Commissioner, Mississippi Department of Corrections and LYNN FITCH, Attorney General of the State of Mississippi**                    **RESPONDENTS**

## ORDER GRANTING MOTION TO UNSEAL ORDER

This matter is before the Court on the Motion to Unseal Order filed by Timothy Ronk [Doc. #55]. The Motion seeks to unseal the Court's earlier Order Denying Petitioner's Motion for Approval of Funding [Doc. #54]. The Order was sealed because the Motion for Approval of Funding [Doc. #52] was sealed at Ronk's request, to protect the mental impressions and strategies of counsel. Ronk's attorneys now wish to include the Court's Order in a request to the Mississippi Supreme Court for appointment and funding. As the sealing was for Ronk's benefit, and he is the party seeking that the Order be unsealed, the Court finds that the Motion should be granted.

**IT IS, THEREFORE, ORDERED** that Petitioner Timothy Ronk's Motion to Unseal Order [Doc. #55] is hereby **GRANTED**, and the Clerk of Court is directed to unseal the Order Denying Petitioner's Motion for Approval of Funding [Doc. #54]. The Motion for Approval of Funding [Doc. #52] is to remain sealed.

It is so ordered, this the 8th day of November, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE