IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TIMOTHY RONK**                                                                                                   **PETITIONER**

v.                                                                                     CIVIL ACTION NO. 1:19-CV-346-HSO

**BURL CAIN, Commissioner, Mississippi
Department of Corrections and
LYNN FITCH, Attorney General of the
State of Mississippi**                                                                                     **RESPONDENTS**

### ORDER EXTENDING TIME TO FILE STATE
### COURT SUCCESSIVE POST-CONVICTION PETITION

This matter is before the Court on the Motion for Additional Time to File State Court Successive Petition for Post-Conviction Relief [Doc. #57]. Ronk seeks to return to state court to exhaust claims of ineffectiveness of post-conviction counsel, and the attorneys who represent him in his habeas case in this Court seek appointment in state court to pursue his unexhausted claims. The State has opposed their appointment, and the Mississippi Supreme Court declined to appoint them, but directed them to seek funding from this Court. That request was denied [Doc. #54], and Ronk's attorneys have filed another request for appointment in state court, and that request remains pending. They have now moved for another extension, and the Court finds that the request has merit and should be granted.

**IT IS, THEREFORE, ORDERED** that the Motion for Additional Time to File State Court Successive Petition for Post-Conviction Relief [Doc. #57] is **GRANTED.** The deadline for filing that petition expires thirty days after the Mississippi Supreme Court disposes of the Renewed Motion for Appointment of Counsel for Representation for Successive Petition for Post-Conviction Relief that is pending in *Ronk v. State*, 2021-DR-00269 SCT.

It is so ordered, this the 7th day of December, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE