**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| **TIMOTHY RONK** | **PETITIONER** |
| v. | **CIVIL ACTION NO. 1:19-CV-346-HSO** |
| **BURL CAIN, Commissioner, Mississippi Department of Corrections and LYNN FITCH, Attorney General of the State of Mississippi** | **RESPONDENTS** |

**ORDER EXTENDING TIME TO FILE STATE
COURT SUCCESSIVE POST-CONVICTION PETITION**

This matter is before the Court on the Motion for Additional Time to File State Court Successive Petition for Post-Conviction Relief [Doc. #60]. Ronk is returning to state court to exhaust claims of ineffectiveness of post-conviction counsel, and the attorneys who represent him in his habeas case in this Court have been appointed in state court to pursue his unexhausted claims. The Mississippi Supreme Court has set March 22, 2022, as the deadline for filing Ronk's successive petition for post-conviction relief, and Ronk asks that this Court set the same deadline. The Court finds that the request has merit and should be granted. Consonant with the Court's earlier Order granting Ronk's Motion to Stay and Abate, the Court will require regular status reports during the pendency of the state court litigation. Ronk will also be required to notify this Court within thirty days of the disposition of his successive post-conviction petition in state court.

**IT IS, THEREFORE, ORDERED** that the Motion for Additional Time to File State Court Successive Petition for Post-Conviction Relief [Doc. #60] is **GRANTED.** The deadline for filing that petition is the later of March 22, 2022, or any extended deadline granted by the Mississippi Supreme Court. Ronk shall submit a status report to this Court every sixty days

thereafter, and he is required to notify this Court within thirty days of the disposition of his successive post-conviction petition in state court.

It is so ordered, this the 26th day of January, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE